# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No: | 15-12723 | FMD | Judge: Caryl E. Delano |
|---|---|---|---|
| Case Name: | IBARRA, JOSE LUIS | | |
| | IBARRA, ROSA MARIA | | |
| For Period Ending: | 03/31/16 | (1st reporting period for this case) | |

| Trustee Name: | DIANE L. JENSEN |
|---|---|
| Date Filed (f) or Converted (c): | 12/24/15 (f) |
| 341(a) Meeting Date: | 02/03/16 |
| Claims Bar Date: | 05/09/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE-FAMILY HOME, (PRINCIPAL RESIDENCE), 4009 | 87,198.00 | 0.00 | | 0.00 | FA |
| 2. (2001 FORD F150 XLT MILEAGE: 180,105) | 2,980.00 | 355.00 | | 0.00 | 355.00 |
| 3. (1995 DODGE RAM 1500 MILEAGE: 182,000) | 900.00 | 900.00 | | 0.00 | 900.00 |
| 4. (2014 ARTIC CAT ATV) | 3,250.00 | 0.00 | | 0.00 | FA |
| 5. (2011 FORD EXPLORER LIMITED MILEAGE: 43,0) | 24,000.00 | 0.00 | | 0.00 | FA |
| 6. (2008 MERCURY MARINER) | 8,100.00 | 0.00 | | 0.00 | FA |
| 7. (2015 FOUR WHEELER) | 6,200.00 | 0.00 | | 0.00 | FA |
| 8. SOFA, LOVESEAT, RECLINER, ENTERTAINMENT CENTER, 50 | 1,250.00 | 855.00 | | 0.00 | 855.00 |
| 9. REFRIGERATOR, STOVE, WASHER & DRYER (SECURED BY SY | 400.00 | 1,960.00 | | 0.00 | 1,960.00 |
| 10. MISCELLANEOUS WEARING APPAREL | 75.00 | 15.00 | | 0.00 | 15.00 |
| 11. MISCELLANEOUS COSTUME JEWELRY | 50.00 | 155.00 | | 0.00 | 155.00 |
| 12. BANK OF AMERICA CHECKING ACCOUNT | 425.00 | 0.00 | | 0.00 | FA |
| 13. TAX REFUND (u) | 0.00 | 630.67 | | 0.00 | 630.67 |
| 14. handgun (u) | 325.00 | 230.00 | | 0.00 | 230.00 |
| TOTALS (Excluding Unknown Values) | $135,153.00 | $5,100.67 | | $0.00 | Gross Value of Remaining Assets $5,100.67 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

dictated stip to repurchase starting 5-24-16(10) plus surrender personaltyMarch 25, 2016, 10:00 am dictated L with
Kelley appraisalMarch 14, 2016, 09:05 am O/E and Joy L;do IRS LFebruary 03, 2016, 11:09 am

LFORM1

Ver: 19.06

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| | |
|---|---|
| Case No: 15-12723    FMD    Judge: Caryl E. Delano | Trustee Name: DIANE L. JENSEN |
| Case Name: IBARRA, JOSE LUIS | Date Filed (f) or Converted (c): 12/24/15 (f) |
| IBARRA, ROSA MARIA | 341(a) Meeting Date: 02/03/16 |
| | Claims Bar Date: 05/09/16 |

Initial Projected Date of Final Report (TFR): 01/19/18    Current Projected Date of Final Report (TFR): 01/19/18